UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMPLR SOFTWARE LLC,<br><br>        Petitioner,<br><br>    v.<br><br>FIRSTLAYERAI, INC.,<br><br>        Respondent. | Case No. 24-mc-80194-SK<br><br>**ORDER GRANTING STIPULATION TO TRANSFER PETITIONER'S MOTION TO COMPEL**<br><br>Regarding Docket No. 9 |

Having considered Petitioner symplr software LLC's and Respondent FirstLayerAI, Inc. d/b/a Medallion's Joint Stipulation Requesting Transfer of Petitioner's Motion to Compel Compliance with Nonparty Subpoena to the U.S. District Court for the Eastern District of Michigan, and good causing appearing, IT IS HEREBY ORDERED THAT:

Pursuant to Fed. R. Civ. P. 45(f), the matter *symplr software LLC f/k/a Vendor Credentialing Service, LLC v. FirstLayerAI, Inc. d/b/a Medallion*, Case No. 3:24-mc-80194-SK shall be transferred to the U.S. District Court for Eastern District of Michigan. This Order moots Respondent's Motion to Transfer Petitioner's Motion to Compel. (Dkt. No. 5). The Court DIRECTS the Clerk to terminate that motion and close this matter.

**IT IS SO ORDERED**.

Dated: August 20, 2024

_____

SALLIE KIM
United States Magistrate Judge